United States District Court
Southern District of Texas
**ENTERED**
December 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-365 |
| | § | |
| ALEX M. AZAR II, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The Court has considered Plaintiffs' request for a pre-motion conference. Dkt. 11. The Court finds that, under the circumstances of this case, the requested pre-motion conference is not necessary at this time.

The Court **GRANTS** Plaintiffs' request to file a motion for summary judgment. Plaintiffs may file a joint motion of up to 50 pages in length. Defendants' response may also be up to 50 pages in length and will be due no sooner than 21 days after they have answered the lawsuit. Plaintiffs may file a reply of up to 25 pages in length no later than seven days after the response is filed.

SIGNED at Galveston, Texas, this 20th day of December, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE