United States District Court
Southern District of Texas
**ENTERED**
June 03, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-365 |
| | § | |
| ALEX M. AZAR II, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court GRANTS the defendants' unopposed motion for an extension of time. Dkt. 38. The defendants' reply in support of their motion to dismiss is due on June 19, 2020.

The motion to dismiss (Dkt. 22) is set for a telephonic hearing on June 30, 2020, at 10:00 a.m. CST. Connectivity details will be issued separately.

SIGNED on Galveston Island this 3rd **day of June, 2020.**

_____
**JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE**