UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, § § § Plaintiffs, § VS. § ALEX M. AZAR II, *et al*, § § § Defendants. § | CIVIL ACTION NO. 3:19-CV-365 |

## ORDER

Pursuant to the court's memorandum opinion and order entered in this case, judgment is entered for the defendants.

All pending motions are denied as moot.

The Clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 5th day of August, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE