Case 3:19-cv-00365 Document 47 Filed on 09/02/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-365 |
| | § | |
| ALEX M. AZAR II, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiffs' motion to alter or amend the judgment (Dkt. 46) is granted. The final judgment order entered on August 20, 2020 (Dkt. 45) is withdrawn. To clarify, the court's dismissal of the plaintiffs' claims for lack of subject-matter jurisdiction (Dkt. 44) is without prejudice.

Signed on Galveston Island this 2nd day of September, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE